UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHAFIQULLAH KOSHANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-265-TWP-HBG |
| | ) | |
| ERIC WAYNE BARTON and VANQUISH WORLDWIDE, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Modify Scheduling Order [Doc. 125]. Specifically, Defendants request that the deadline for filing *Daubert* motions be extended to January 4, 2019. Defendants also request that a pretrial conference be set on a date two to three weeks before the trial date, which is currently set for February 12, 2019. Plaintiff reported to the Court that he did not object to the extension but requested until January 18 to file *Daubert* motions because Plaintiff intended to depose Defendants' experts on January 11, 2019.

As previously reported to the parties, the Court will allow them to file *Daubert* motions. Given that the trial is next month, the parties **SHALL** file their *Daubert* motions on or before **January 18, 2019**. Responses to the *Daubert* motions shall be filed on or before **January 25, 2019**. Once the parties have filed their *Daubert* motions, the Court will schedule a hearing, if necessary. Finally, the Court will contact the parties at a later date to set the final pretrial conference. Accordingly, the Motion to Modify Scheduling Order [**Doc. 125**] is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton*
United States Magistrate Judge