UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHAFIQULLAH KOSHANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-265-TWP-HBG |
| | ) | |
| ERIC WAYNE BARTON and VANQUISH WORLDWIDE, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

This matter is before the Court on the Defendant's Motion For Extension Of Time To Respond To Discovery Requests [Doc. 297]. The Plaintiff has filed a Response in Opposition [Doc. 315].

The Court finds that the Motion [Doc. 297] is well-taken and it is **GRANTED**. The Defendant's responses to the subject discovery shall be made on or before September 9, 2019.

However, the Court will not allow unreasonable delay in the Plaintiff's right to conduct asset discovery. Any further requests by Defendant to extend the time for making discovery responses will be granted only upon a clear showing of good cause.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge